UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| AMERICAN INTERNATIONAL INDUSTRIES, A General Partnership,<br><br>  Plaintiff,<br><br>  v.<br><br>CITCO CORPORATION, INC. aka CITCO-USA,<br><br>  Defendant. | CASE No. CV09-01281 VBF(JWJx)<br><br>**PRELIMINARY INJUNCTION ORDER**<br><br>Assigned For All Purposes:<br>Honorable Valerie Baker Fairbank<br>Courtroom: 9<br><br>Date:  April 13, 2009<br>Time:  1:30 p.m.<br>Crtrm:  9<br><br>Action Filed:   February 23, 2009<br>Trial Date:     None |
|---|---|

0067.146\9988

[PROPOSED] PRELIMINARY INJUNCTION ORDER

Plaintiff American International Industries ("AII") moved for a preliminary injunction against Defendant Citco Corporation, Inc. aka Citco-USA ("Citco"). The Court has reviewed the pleadings, the moving, opposition and reply papers, the testimony of the witnesses in their declarations, and the testimony of the witnesses in court as well as all the evidence received by agreements of the parties. The Court read and ruled on all objections that were filed timely.

IT IS HEREBY ORDERED that:

On the condition that Plaintiff American International Industries post security in the amount of $10,000, during the pendency of this action, Citco, its officers, agents, servants, employes, suppliers, distributors, attorneys, and all those in active concert or participation with Citco are restrained and enjoined from distribution of, trading in, marketing, or selling:

1. The "Tree Flowers" product below:



2. Hair Care Products with "Tree Flowers" in the product name, description, or advertising or with any other name confusingly similar to AII's registered trademark "Three Flowers®"; or

3. Hair Care Products with a confusingly similar trade dress to that of AII's "Three Flowers®" Brilliantine; including product packaging that utilizes:

   (a) a jar with a green screw-on cap, and

   (b) a label that contains a silhouette of three flowers, and

   (c) a label that states the manufacturer's name in black lettering, placed horizontally in the center of the label, and

   (d) a label that states the product name in white upper-case lettering, placed horizontally in the center of the label, below the manufacturer's name, in all capital letters, and

   (e) a label that contains part of the name of the product in the shape of an arc over the illustration of three flowers, and

   (f) a label that uses the color combination of red, white, and green.

4. Soliciting, assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in the above paragraphs 1 through 3.

Dated: _April 2, 2009
_____

*Valerie Baker Fairbank*
Honorable Valerie Baker Fairbank
Judge, United States District Court

Respectfully submitted,

Mark D. Kremer (SB# 100978)
H. Kim Sim (SB# 252321)
CONKLE, KREMER & ENGEL PLC
3130 Wilshire Blvd., Suite 500
Santa Monica, CA 90403


By:_____
      H. Kim Sim
      Attorneys for Plaintiff
Dated:  March 19, 2009