JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| AMERICAN INTERNATIONAL INDUSTRIES, A General Partnership,<br><br>Plaintiff,<br><br>v.<br><br>CITCO CORPORATION, INC. aka CITCO-USA,<br><br>Defendant. | CASE No. CV09-01281 VBF (JWJx)<br><br>**JUDGMENT ON STIPULATION OF THE PARTIES AND ORDER RELEASING CASH DEPOSIT OF $10,000 PLUS INTEREST**<br><br>Assigned For All Purposes:<br>Honorable Valerie Baker Fairbank<br>Courtroom: 9<br><br>Action Filed: February 23. 2009<br>Trial Date: None |

0067.146\9947

[Proposed] Judgment On Stipulation Of The Parties and for Order Releasing Cash Deposit Of $10,000

Upon Stipulation of Plaintiff American International Industries ("AII") and Defendant Cosmetic Industry & Trade Corporation ("CITCO") (erroneously sued as CITCO CORPORATION, INC. aka CITCO-USA), it is hereby ORDERED, ADJUDGED, and DECREED:

AII and CITCO stipulate that the above-captioned Court has personal and subject matter jurisdiction in this action, and may enter final judgment on the following terms:

1. CITCO, its successors-in-interest, officers, agents, servants, employees, and all those in active concert and/or participation with each of them who receive notice hereof, are permanently restrained and enjoined from reproducing, distributing, or using in any way the trade dress depicted below, or any derivative or confusingly similar trade dress in connection with marketing hair care products.



2. CITCO, its successors-in-interest, officers, agents, servants, employees, and all those in active concert and/or participation with each of them who receive notice hereof, are permanently restrained and enjoined from reproducing, distributing, or using

in any way the Three Flowers Trade Dress, an example of which is depicted below, or any derivative or confusingly similar trade dress in connection with marketing hair care products. The Three Flowers Trade Dress includes but is not limited to:

    (a)    a jar with a green screw-on cap, and

    (b)    a label that contains a silhouette of three flowers, and

    (c)    a label that states the manufacturer's name in black lettering, placed horizontally in the center of the label, and

    (d)    a label that states the product name in white upper-case lettering, placed horizontally in the center of the label, below the manufacturer's name, in all capital letters, and

    (e)    a label that contains part of the name of the product in the shape of an arc over the illustration of three flowers, and

    (f)    a label that uses the color combination of red, white, and green.



3. CITCO, its successors-in-interest, officers, agents, servants, employees, and all those in active concert and/or participation with each of them who receive notice hereof, are permanently restrained and enjoined from reproducing, distributing, or using in any way the "Three Flowers" mark, or any derivative or confusingly similar mark, including "Tree Flowers", in connection with marketing hair care products.

4. AII's claims for damages are dismissed with prejudice.

5. The parties shall each bear their own attorneys' fees and costs of litigation.

6. AII's deposit of $10,000 as security for the preliminary injunction issued April 2, 2009 shall be released to AII or its Counsel of Record, Conkle, Kremer & Engel, PLC.

7. IT IS HEREBY ORDERED that the amount of $10,000 plus interest be wire transferred from the Court to the business account of Conkle, Kremer & Engel at U.S. Bank in Santa Monica, California in accordance with the banking wire transfer instructions given by AII's counsel to this Court's finance office. Alternatively, if the Court's finance office determines that a wire transfer is not possible, it is hereby ordered that a check for $10,000 plus interest be made out to the name of Conkle, Kremer & Engel, PLC for pick up by AII's counsel Conkle, Kremer & Engel, PLC.

8. In the event of any legal action or proceedings arising from or relating to this Stipulation or the Judgment entered pursuant to it, including any proceedings to enforce or interpret their terms, or otherwise, the prevailing party shall be awarded the full amount of its attorneys' fees and expenses incurred in such action or proceedings. Exclusive jurisdiction for such proceedings shall be in the United States District Court, Central District of California.

DATED: 01-05-10_____   _____
Honorable Valerie Baker Fairbank
Judge, United States District Court